UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHELDON HERBERT, BENJAMIN DAVIS,
and JUSTYN MARTINDALE, Individually
and on Behalf of All Other Persons Similarly
Situated,

                    Plaintiffs,                                    18 Civ. 5653 (AJN)

              -against-

GO NEW YORK TOURS, INC. and ALON
BRAND,

                    Defendants.

**NOTICE OF JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION
SETTLEMENT AND RELATED RELIEF**

PLEASE TAKE NOTICE that for the reasons set forth in the Memorandum of Law in

Support of the Joint Motion for Preliminary Approval of the Settlement and Related Relief

("Motion for Preliminary Approval"), in the Declaration of Maurice N. Ross in Support of the

Motion for Preliminary Approval ("Ross Declaration"), and in the Declaration of William C.

Rand in Support of the Motion for Preliminary Approval ("Rand Declaration"), Plaintiffs

Sheldon Herbert, Benjamin Davis, and Justyn Martindale (collectively, "Plaintiffs"), individually

and on behalf of the NYLL Settlement Class and FLSA Settlement Class, and Defendants Go

New York Tours, Inc. and Alon Brand (collectively, "Defendants") respectfully request that the

Court enter an Order:

1. Granting preliminary approval of the Settlement Agreement and Release, attached as

   Exhibit A to Rand Declaration and Exhibit 1 to Ross Declaration;

2. Conditionally certifying the Class under Fed. R. Civ. P. 23(a) and (b)(3) and Section

   216(b) of the Fair Labor Standards Act for the sole purpose of effectuating the settlement;

3. Appointing the Law Office of William Coudert Rand as Class Counsel;

4. Approving the proposed Notices of Proposed Settlement of Class and Collective Action Lawsuit and Fairness Hearing, attached as Exhibit C to the Settlement Agreement and directing their distribution;

5. Approving the Parties' proposed schedule for final settlement approval; and

6. For such other and further relief that the Court may deem appropriate.


Dated: August 2, 2019
New York, New York

**BARTON LLP**

By:  ____/s/ Maurice N. Ross /s/_____
     Maurice N. Ross

711 Third Avenue, 14th Floor
New York, NY 10017
(212) 687-6262
mross@bartonesq.com

*Attorneys for Defendants Go New York*
*Tours, Inc. and Alon Brand*