USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/29/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sheldon Herbert, et al.,

                Plaintiffs,

     –v–

Go New York Tours, Inc., et al.,

                Defendants.

18-cv-5653 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      Due to the Court's calendar, the class action settlement fairness hearing currently scheduled for June 2, 2020 is hereby adjourned to June 9, 2020 at 3 p.m. The hearing will be held by teleconference. At 3 p.m. on June 9, 2020, the parties shall call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 919-6964, followed by the pound (#) key.

      SO ORDERED.

Dated: May 29, 2020
       New York, New York

                                        _____
                                          ALISON J. NATHAN
                                      United States District Judge