USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/4/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sheldon Herbert, et al.,

                Plaintiffs,

–v–

Go New York Tours, Inc., et al.,

                Defendants.

18-cv-5653 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    A class action settlement fairness hearing is currently scheduled for June 9, 2020 at 3 p.m. and will be held by teleconference in light of the COVID-19 public health crisis. By June 5, 2020, the parties shall inform the Court whether they have advised class members of the date, time, and dial-in information for this hearing. If they have not, they shall inform the Court whether they will be able to do so prior to the hearing or whether they will seek an adjournment of the hearing to a later date to allow them time to so inform class members.

    SO ORDERED.

Dated: June 4, 2020
       New York, New York

                              ALISON J. NATHAN
                              United States District Judge